IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-CV-451-D-KS

| | |
|---|---|
| CRYSTAL SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SECURITY CHECK ME LLC, | ) |
| Defendant. | ) |

On December 4, 2024, the Court entered an order granting plaintiff's motion to amend the complaint as a matter of course [D.E. 17]. Plaintiff shall file the Second Amended Complaint within ten days of the entry of this order.

SO ORDERED. This the 8 day of January, 2025.

JAMES C. DEVER III
United States District Judge